## ROY KITZMILLER v. STATE.

No. A-7233. Opinion Filed Oct. 26, 1929.
Rehearing Denied Dec. 16, 1929.
(282 Pac. 1117.)

Joe Adwon, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Canadian county on a charge of selling whisky, and was sentenced to pay a fine of $250 and to serve 90 days in the county jail.

The judgment was rendered on the 24th day of September, 1928, and the appeal was lodged in this court on the 1st day of December, 1928. No briefs in support of the appeal have been filed. The evidence sufficiently sustains the judgment. No prejudicial error is made to appear.

The case is affirmed.